**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JOHN DEFFENBAUGH**                                           **CIVIL ACTION**

**VERSUS**                                                              **NO. 07-5071**

**BURL CAIN, WARDEN**                                       **SECTION "F"(4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that John Deffenbaugh's petition for issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this _____ 23rd _____ day of March, 2010.

UNITED STATES DISTRICT JUDGE